UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6353

WAYNE A. BROWN,

Plaintiff - Appellant,

versus

DOCTOR KOLOUGO; MARY TARANASKI, Health
Services Administrator; HAMPTON ROADS REGIONAL
JAIL; J. JONES, Registered Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-02-897-3)

Submitted:  May 15, 2003          Decided:  May 27, 2003

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wayne A. Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne A. Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to pay the initial partial filing fee as ordered. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. Kolougo, No. CA-02-897-3 (E.D. Va. Feb. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED